IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FRANK ROBINSON                                                                                    PLAINTIFF

v.                                    CASE NO. 2:21-CV-00063-BSM

B & D TOWING and RECOVERY LLC, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE